**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.,
Nevada Bar No. 11361
tclark@rlattorneys.com
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 522-1826
Facsimile: (702) 997-3800
Attorneys for Defendant,
*James River Insurance Company*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| JONATHAN CAMPBELL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00619-JCM-GWF<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff, Jonathan Campbell, by and through his attorney of record, Robert S. Cardenas, Esq., of Cardenas Law Group and Defendant James River Insurance Company, by and through its attorneys of record, Troy A. Clark of the Law Offices of Resnick & Louis, P.C., that this matter be dismissed **with prejudice**, each party to bear their own costs and attorneys' fees.

There is no trial date currently set.

## ORDER

**IT IS SO ORDERED.**

Dated June 10, 2019.

*[signature]*
U.S. DISTRICT COURT JUDGE

1

| | | |
|---|---|---|
| 1 | DATED this 6th day of June, 2019 | DATED this 6th day of June, 2019 |
| 2 | **RESNICK & LOUIS, P.C.** | **CARDENAS LAW GROUP, LLC** |

      *Troy A. Clark*                                         *Robert S. Cardenas*

By: _____       By: _____

    TROY A. CLARK, ESQ.                     ROBERT S. CARDENAS, ESQ.
    Nevada Bar No. 11361                     Nevada Bar No.
    8925 W. Russell Road, Suite 220      321 N. Pecos, #300
    Las Vegas, Nevada 89148               Henderson, Nevada 89074
    tclark@rlattorneys.com                  rob@cardenaslawgrouplv.com
    Attorneys for Defendant,                 Attorneys for Plaintiff,
    James River Insurance Company       Jonathan Campbell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** was served this 6st day of June, 2019, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to the United States District Court ECF System.

_____
An Employee of Resnick & Louis, P.C.

3